# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RIOS, | CASE NO. 1:09-cv-1116-MJS (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |
| v. | |
| BRIAN PHILLIPS, et al., | |
| Defendant. | (ECF No. 12) |
| | / PLAINTIFF'S RESPONSE DUE NOT LATER THAN AUGUST 31, 2010 |

On June 16, 2010, Defendant filed a Motion to Dismiss [ECF No. 12]. By local rule, Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days. Local Rule 78-230(m). The Court has yet to receive any response from Plaintiff.

Plaintiff is directed to file an opposition or a statement of non-opposition to Defendant's Motion to Dismiss not later than **August 31, 2010**. If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:  July 28, 2010         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

1